## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: SEARL, STEPHEN<br>SEARL, ALANA M<br><br>Debtor(s) | § Case No. 08-73544<br>§<br>§<br>§ |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/04/2009 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __/ /_____   By: /s/JOSEPH D. OLSEN_____
                                                        Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: SEARL, STEPHEN | § | Case No. 08-73544 |
| SEARL, ALANA M | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $   9,000.55

*and approved disbursements of*              $   1,833.00

*leaving a balance on hand of* [1]           $   7,167.55

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*
                              N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 1,650.06 | $ 35.64 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 1,749.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*           *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,064.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | $ 3,192.85 | $ 201.79 |
| 2 | Discover Bank/DFS Services LLC | $ 4,051.00 | $ 256.02 |
| 3 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 51,820.15 | $ 3,275.04 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 11,501.14 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 11,501.14 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

Case 08-73544    Doc 44    Filed 10/06/09    Entered 10/08/09 23:27:52    Desc Imaged
                                  Certificate of Service     Page 6 of 6

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: dpruitt              Page 1 of 1                   Date Rcvd: Oct 06, 2009
Case: 08-73544                Form ID: pdf006            Total Noticed: 18

The following entities were noticed by first class mail on Oct 08, 2009.
db/jdb        +Stephen Searl,   Alana M Searl,    1706 Birmingham Lane,    Crystal Lake, IL 60014-1911
aty           +Craig A Willette,   Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty           +Erick  J Bohlman,   Bohlman Law Offices, PC,    780 McArdle Dr.,   Unit F,
                Crystal Lake, IL 60014-8155
aty           +Joseph D. Olsen,   Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
tr            +Joseph D Olsen,   Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
14136631       AMERICAN INFOSOURCE LP AS AGENT FOR,    TARGET,   PO Box 248838,    Oklahoma City, OK   73124-8838
12806554      +Bank Of America,    Nc4-105-03-14,   4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
12806555      +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
13747607       FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK    73124-8809
12806557      +Harris N.a.,    111 W Monroe,   Chicago, IL 60603-4095
13483089       PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
12806559      +Sears/cbsd,    8725 W Sahara Ave,   The Lakes, NV 89163-0001
12806560      +Target N.b.,    Po Box 673,   Minneapolis, MN 55440-0673
12806561      +Wells Fargo Bank Nv Na,    Po Box 31557,   Billings, MT 59107-1557
12806562      +Wells Fargo Hm Mortgag,    Attention: Bankruptcy Department,    3476 Stateview Blvd,
                Fort Mill, SC 29715-7203
The following entities were noticed by electronic transmission on Oct 06, 2009.
13529795       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 07 2009 03:51:12
                Discover Bank/DFS Services LLC,    PO Box 3025,   New Albany OH 43054-3025
12806556      +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 07 2009 03:51:12      Discover Financial,
                Attention: Bankruptcy Department,    Po Box 3025,   New Albany, OH 43054-3025
12806558      +E-mail/Text: bankruptcy@oldnational.com                          Old National Bank,
                Attn: Bankruptcy,   1 Main St,   Evansville, IN 47708-1464
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Joseph D Olsen,   Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2009**                        **Signature:**   _/s/ Joseph Speetjens_